[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 17, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14770
Non-Argument Calendar

_____

D. C. Docket No. 07-00083-CR-J-25-HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM TIMOTHY DRUMMOND,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 17, 2008)**

Before CARNES, BARKETT and COX, Circuit Judges.

PER CURIAM:

James H. Burke, appointed counsel for William Timothy Drummond in this

direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Drummond's conviction and sentence are **AFFIRMED**.